UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA     CRIMINAL NO. 6:15-MJ-00047

VS.

RORY STEPHEN GUIDRY     MAGISTRATE JUDGE HANNA

**MINUTES OF COURT:**
*Initial Appearance*

Date: July 14, 2015     Presiding: Magistrate Judge Hanna
Court Opened: 1:30 p.m.     Minute Clerk: Evelyn Alexander
Court Adjourned: 1:50 p.m.
Statistical Time: 00:20     Liberty Recorder Courtroom 7

**APPEARANCES**
1. Myers P Namie, AUSA     for     United States
2. Cristie Gibbens standing in for Wayne Blanchard, FPDO     for     Rory Stephen Guidry
3. Rory Stephen Guidry, Defendant

**PROCEEDINGS:**

Before Court Opened:
__ Defendant Failed to Appear, Warrant Ordered
__ Interpreter sworn
**X** Defendant Interviewed by Pretrial Services Officer
__ Defendant Refused To Be Interviewed
**X** Defendant Completed Financial Affidavit for Appointment of Counsel
**X** Defendant provided with Charging Document(s)
**ARRAIGNMENT ON:** __ Bill of Information **X** Complaint __ Indictment
__ Violation of Probation/Supervised Release __ Arrest for Failure To Appear
**X** Defendant Sworn
**X** Defendant Advised of Charges, Maximum Penalties & Rights
__ Identity Hearing __ Waived __ Held __ Set For
**X** Preliminary Examination __ Waived __ Held __ To be set on  Friday, July 17, 2015
__ Arraignment Held
**BAIL DETERMINATION/CUSTODY STATUS**
**X** Pretrial Services Report Provided to Defendant
**X** Detention hearing:
       __ Requested by government
       __ Requested by court
       __ Continuance requested by government
       **X** Continuance requested by defendant
**X** Detention hearing __ Held __ Waived **X** Set for  Friday, July 17, 2015
__ Bail hearing __ Held __ Waived __ To be set in the
__ Bond Set: Appearance Bond signed (AO98)
__ Order setting conditions of release signed (Modified AO199)
__ **Order of Detention Pending Trial signed (AO472)**
**X** Order Scheduling a Detention Hearing (AO470)
__ Defendant Ordered Released after Processing by U.S. Marshal
**X** Defendant In Custody

MINUTES OF COURT
**RORY STEPHEN GUIDRY**
**6:15-MJ-00047**
**PAGE 2 OF 2**

**ARRAIGNMENT**
__ Reading Waived   __ Indictment Read   __ Not Guilty Plea Entered
**TRIAL SET** at _____**a.m.**__ on _____ before
**PRETRIAL CONFERENCE SET** at _____**a.m.**__ on _____ before

**FILINGS:**
**X** Order Appointing Counsel
__ Order Appointing Interpreter
__ Criminal Scheduling Order
__ Standard Pretrial Procedures For Cases Assigned to __**Judge**
__ Order setting motion deadlines
__ Appearance and Compliance Bond
__ Order Setting Conditions of Release
__ Waiver of Detention Hearing
__ Waiver of Consular Notification
**X** Order Scheduling a Detention Hearing

**COMMENTS:**

IT IS ORDERED defendant is hereby detained pending preliminary exam and detention hearing set for Friday, July 17, 2015 at 10:00 a.m. before Magistrate Judge Hanna.