UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL NO. 6:15-MJ-00047

VERSUS

RORY STEPHEN GUIDRY              MAGISTRATE JUDGE HANNA

### DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL

I, Rory Stephen Guidry, the above named defendant, state that I am financially unable to employ counsel, and therefore request the court to appoint counsel to represent me at every stage of this proceeding. I am attaching a Financial Affidavit in support of this request.

DATE: 7-14-15

Defendant
Address: _____
Phone: _____