

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA             CRIMINAL NO. 6:15-MJ-00047

VS.

RORY STEPHEN GUIDRY                  MAGISTRATE JUDGE HANNA

## ORDER

On the basis of the captioned-defendant's financial affidavit in this case, the Court determines that the defendant:

\_\_\_ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

✓ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel.

\_\_\_ is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

Signed at Lafayette, Louisiana on _July 14_, 2015.

Patrick J Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140