AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 14 2015

TONY R. MOORE, CLERK
BY _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:15-MJ-00047 |
| | ) | |
| Rory Stephen Guidry | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | USDC Western District of Louisiana<br>800 Lafayette St.<br>Lafayette, LA 70501 | Courtroom No.: | 7 |
|---|---|---|---|
| | | Date and Time: | July 17, 2015 @ 10 A.M. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 14, 2015

*Judge's signature*

Patrick J. Hanna, United States Magistrate Judge

*Printed name and title*